# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL ARTHUR MERRIMAN ) | Case No.: 1:16-cv-01532-GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME TO FILE Opening |
| ) | Brief |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security. ) | (FIRST REQUEST) |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff Randall Arthur Merriman and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from June 9, 2017 to July 10, 2017 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for extension. Counsel's firm lost an attorney last June and both replacements prior to the last two months were not able to continue. Counsel firm has hired two new attorneys who are in the process of training and are becoming able to take on more tasks. Counsel is working with an associate on this case and additional time is needed to complete the same. Counsel is working diligently on this matter and makes this request in good faith. This

-1-

request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: June 9, 2017      Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
     Denise Bourgeois Haley
     Attorney for plaintiff
     Randall Arthur Merriman

DATE: June 9, 2017

PHILLIP A. TALBET
*United States Attorney*

BY: /s/ *Margaret I. Branick-Abilla*
     Margaret I. Branick-Abilla
     Special Assistant United States Attorney
     Attorneys for defendant Nancy A. Berryhill
     |*authorized by e-mail|

## ORDER

Pursuant to the above stipulation, Plaintiff's Opening Brief shall be filed no later than **July 10, 2017**. All other dates in the scheduling order issued on October 14, 2017, are modified accordingly.

IT IS SO ORDERED.

Dated: **June 15, 2017**      **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE