```
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone: (415) 977-8929
       Facsimile: (415) 744-0134
       E-Mail: Margaret.Branick-Abilla@ssa.gov
```

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| RANDALL A. MERRIMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-01532-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until **August 31, 2017** to submit her response to Plaintiff's Opening Brief. All other dates in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **July 26, 2017**            **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation and order; Case No.: 1:16-cv-01532-GSA

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28